1  John Steven Simon
2  1835 South Hope Street
3  Los Angeles, CA., 90015
4  Phone (602) 328-6160
5
6  _____ 6-19-2013
7  John Steven Simon/Petitioner/Victim/pro se
8
9

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 05 2013

FILED_____
DOCKETED_____
                DATE    INITIAL

10            IN THE UNITED STATES DISTRICT COURT
11
12         FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
14

15  John Steven Simon         ) Case No. EDCV13-3-UA(OPX)
16                            )            MC
17      Petitioner/Appellant  )
18                            ) **NOTICE OF STATEMENT OF**
19      vs.                   ) **ISSUES ON APPEAL**
20                            )
21  The California District Court, )
22                            )
23      Appellees             ) (Hon. Judge Oswald Parada)
24  _____ ) (Hon. Judge George King)
25  Chris Unruh, Gary Finley,
26  Ron Ellingson, Ron Thomas,
27  Pete Olson, Attorney Beverley Quinn,
28  Attorney Stephen Shirley,
29  Attorney Michael Oddenino,
30  L.A.C. Sheriff Captain Mike Mascetti,
31  Oxnard Police Chief Jeri Williams,
32  S.B.C. District Attorney Michael Ramos,
33  L.A. Police Sergeant Thomas,
34  SSI Law Judge Hon. Alexander Weir III,
35  Phoenix Police Sergeant Robert Griffin,
36  City of Phoenix Attorney Lori Berke,
37  L.A.C. Sheriff Captain Don Slawson,
38         Deponents

## Statement of Issues

Issue – One, Order and Judgment of the Court Denying Appellant Simon to proceed in forma pauparis.

Issue – Two, Appellant Simon's Petition to Perpetuate Testimony submitted to the California District Court for the Central District of California. Reason being is that the decision to Deny Appellant Simon in forma pauparis status by the Court was based on whether Appellant Simon's was in compliance with F.R.C.P. in submitting a Petition to Perpetuate Testimony and Rule – 27.

Issue – 3, Continued Obstruction of Justice, and malfeasance in Office by concurrent and previous Courts of Jurisdiction.

Issue – 4, Appellant Simon being the Victim of Crime and his belief of being witness to and or having information obtained through exposure during his residency in Mt. Baldy at the Buckhorn Lodge of an illegal enterprise being the basis for the obstruction and in excess of ten (10) years abuse.

Issue – 5, The Death of Mr. Frank Assay, Mr. Roger Kraft, unknown to be known as John Doe, Mrs. Brittany Murphy, and Mr. Simon Monjack. Reason being is all had contact in Mt. BALDY with associates of this enterprise.

## CERTIFICATE OF SERVICE

I John Steven Simon certify that on the 19th day of June 2013, the Original and One Copy of the State of Issues on Appeal was mailed to the Clerk of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, CA., 90012, **COPY OF SAME MAILED TO:**

>The Office of the Clerk, United States
>Court of Appeals for the Ninth Circuit
>Post Office Box 193939
>San Francisco, CA., 94119-3939
>Phone (415) 355-8000

Respectfully Submitted by John Steven Simon

*[signature]*

date 6-19-2013

John Steven Simon/Appellant, pro se

1835 South Hope Street
Los Angeles, CA., 90015
Phone (602) 328-6160